19-00129

C.C SECT. MAG

# Jefferson Parish Sheriff's Office

J.P.C.C.

## INMATE GRIEVANCE FORM

2018 DEC 17 A 7:55

You must send this form to the Correctional Administrator within thirty (30) days of the incident complained of. Forward the completed form via the mail officer. Use a separate form for each grievance. **DO NOT** file duplicate grievances. A response will be submitted to the Administrator within fifteen (15) days of assignment. If you do not receive a response within a timely manner, you may file a request for grievance review.

Inmate's Name Printed: Kenneth R. Sextion
Date of Birth: 11-04-1984
Housing Location: 4.A.L C.6

Date of Incident: 12-6-2018
Inmate CCN#: 1000215850
Date Grievance Filed: 12-7-2018

Summary of Complaint: On the above date Sgt. Rabb tried to get me to sign a supposedly D.R for a fight in intake but when I asked to read what he wanted me to sign he refused. I have'nt had a fight at all in J.P.C.C I was only beatin by officers in intake which has caused my face to be disfigured, two (2) of my teeth to be broken, my shoulder's out of place and other pains also due to that incident I was booked on 4 counts of resisting arrest and Batt. on a officer. having a D.R on that same incident would be double-jeopardy. I believe Sgt Rabb conspired to get me to sign something not in my favor like some type of confession which has me more in fear living in J.P.C.C around these officers

**STATE YOUR ATTEMPT TO RESOLVE THIS COMPLAINT WITH AN OFFICER (Failure to complete this section will result in denial of grievance):** All I could do was ask the officer to let me read what it was he wanted me to sign. The officer (Sgt.) refused to let me read whatever the paper was saying he was in a rush which leaves me no choice but to feel he conspired to get me to sign something that would've not been in my favor which on top of my civil rights being violated here has me in fear while here in J.P.C.C of the officers

Name of personnel involved: Sgt Rabb

Name and location of witnesses: All inmates living on 4AL

**I authorize the JPCC Medical Department to release to the first responder any and all medical records relating to the factual basis of this grievance.** Signed: [signature] #1000215850
**Inmate Signature**

| **DO NOT WRITE BELOW THIS LINE:** | **FOR ADMINISTRATIVE USE ONLY:** |
|---|---|
| Date received: 12-17-18 | *Rejected:* |
| Grievance #: 1812054 | ☐ Anonymous |
| Screened by: Lt. Wilkie | ☐ Vague complaint |
| Type of complaint: Refused | ☐ Premature |
| Accepted and referred to: | ☐ Request |
| Policy & Procedure Challenged: ☐ Yes ☐ No | ☐ On behalf of another/group |
| Remarks: | ☐ Outside scope of procedure |
| | ☒ Disciplinary appeal/ Ad. Seg. hearing |
| | ☐ Multiple complaints: file separate grievances |
| | ☐ Duplicate Grievance |
| | ☐ Filed more than 30 days after event |
| | ☐ No violation Articulated |
| | ☐ Nuisance/Frivolous |
| | ☐ Incomplete |
| | ☐ Other: Specify: |

**INMATE RECEIPT OF REJECTED / RETURNED GRIEVANCE**

Revised grievance must be re-filed within thirty (30) days of the event on which this grievance is based.

Date

Inmate Signature

Revised: 9/4/12
E#: 107

19-00129
SECT. .. MAG. 4 C.C

# Jefferson Parish Sheriff's Office

J.P.C.C.

## INMATE GRIEVANCE FORM

2018 DEC -7 A 10: 14

You must send this form to the Correctional Administrator within thirty (30) days of the incident complained of. Forward the completed form via the mail officer. Use a separate form for each grievance. **DO NOT** file duplicate grievances. A response will be submitted to the Administrator within fifteen (15) days of assignment. If you do not receive a response within a timely manner, you may file a request for grievance review.

Inmate's Name Printed: Kenneth R. Sextion
Date of Birth: 11-04-1984
Housing Location: 4-A L cell 6

Date of Incident: 12-6-2018
Inmate CCN#: 1000215850
Date Grievance Filed: 12-6-2018

Summary of Complaint: I was put on a lockdown tier where I had no access to a phone or anything else even though I did not break any of J.P.S.O's rules. I was also denied my medication and I was denied to see a ranking officer and denied to see medical. I believe this was done in retaliation for writing a previous grievance about officers beating me in intake last week. Due to that beating I am in extreme pain two (2) of my teeth are broken and causes serious pain. I also have no access to a phone to take care of my legal woes which now has me in fear of further retaliation against me by J.P.S.O officers

**STATE YOUR ATTEMPT TO RESOLVE THIS COMPLAINT WITH AN OFFICER (Failure to complete this section will result in denial of grievance):** I asked basically every officer deputy and rank I seen why I was put on lockdown I also asked them about my medicine they all either plainly ignored me or joked about it I also asked the nurse that came on the tier and she ignored me so I did not recieve any medication for the day

Name of personnel involved: Sgt. Veres, Deputy Matthews, Deputy Smith, and also the nurse that worked on this day who's name should be on log (this will be ammended)

Name and location of witnesses: All the inmates living on 4-A-L

**I authorize the JPCC Medical Department to release to the first responder any and all medical records relating to the factual basis of this grievance.** Signed: [signature] #1000215850
Inmate Signature

**DO NOT WRITE BELOW THIS LINE:**

Date received: 12-7-18
Grievance #: 1812034
Screened by: H. Wilkie
Type of complaint: refused
Accepted and referred to:
Policy & Procedure Challenged: ☐ Yes ☐ No
Remarks:

**FOR ADMINISTRATIVE USE ONLY:**
*Rejected:*
- ☐ Anonymous
- ☐ Vague complaint
- ☐ Premature
- ☐ Request
- ☐ On behalf of another/group
- ☐ Outside scope of procedure
- ☐ Disciplinary appeal/ Ad. Seg. hearing
- ☒ Multiple complaints: file separate grievances
- ☐ Duplicate Grievance
- ☐ Filed more than 30 days after event
- ☐ No violation Articulated
- ☐ Nuisance/Frivolous
- ☐ Incomplete
- ☐ Other: Specify:

**INMATE RECEIPT OF REJECTED / RETURNED GRIEVANCE**

Revised grievance must be re-filed within thirty (30) days of the event on which this grievance is based.

Date

Inmate Signature

Revised: 9/4/12
E#: 107

**JOSEPH P. LOPINTO III** SHERIFF

JEFFERSON PARISH
CORRECTIONAL CENTER
100 Dolhonde Street
Gretna, LA 70053

NEW ORLEANS
LA 700

Hasler
01/03/2019
US POSTAGE $000.47[0]
FIRST-CLASS MAIL
ZIP 70053
011E10672746

United States District Court
Eastern District of Louisiana
500 Poydras St. RM C-151, Clerk Office
New Orleans, LA 70130

70130-337364

Kenneth Sextion #1000215850
P.O Box 388
Gretna, La 70053



NEW ORLEANS P&DC 70113
SAT 05 JAN 2019 PM

C-151

Eastern District Court
Clerk of Court
500 Poydras St. Rm. C-151
New Orleans, La 70130