UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH R. SEXTION | CIVIL ACTION |
| VERSUS | NO: 19-129 |
| JEFFERSON PARISH CORRECTIONAL CENTER, ET AL. | SECTION: "A" (3) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Magistrate Judge Douglas, and the failure of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge Douglas and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Plaintiff Kenneth Sextion's 42 U.S.C. § 1983 claims against the Defendants are **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed.R.Civ.P. 41(b).

October 2, 2019

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE